UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff,                                                  Case No. 3:20-cr-105-1

vs.

DARYL HARRISON,                          District Judge Michael J. Newman

    Defendant.

_____

**ORDER: (1) GRANTING DEFENSE COUNSEL'S ORAL MOTION FOR A CONTINUANCE; (2) MAKING AN ENDS OF JUSTICE FINDING; AND (3) SETTING THIS CASE FOR A TRIAL ON OCTOBER 18, 2021 AT 9:00 AM**
_____

This criminal case came before the Court for a status conference on May 11, 2021 at 9:30 a.m. AUSA Ryan Saunders was present for the government and Aaron Schwartz was present for the Defendant. Counsel advised the Court that we need to select a new trial date. This case is set for a trial on **October 18, 2021 at 9:00 a.m.** Defense counsel made an oral motion to continue this case until trial.

The Court finds, after considering the factors set forth in 18 U.S.C. § 3161(h)(7)(B), and with the agreement of defense counsel that the ends of justice are served by continuing this matter until the trial on October 18, 2021. Failure to grant such a continuance would deny counsel for the parties the reasonable time necessary for effective preparation, deprive the Defendant of the opportunity to fully address his concerns with his attorney, and may ultimately lead to a miscarriage of justice. Accordingly, without objection by the parties, the time from May 11, 2021 until the October 18, 2021 trial is excluded in computing the time period set forth in 18 U.S.C. § 3161 within which the United States must bring Defendant to trial.

    **IT IS SO ORDERED.**

Date: May 11, 2021  s/ Michael J. Newman
Hon. Michael J. Newman
United States District Judge