UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

     Plaintiff,                       Case No. 3:20-cr-105-1

vs.

DARYL HARRISON,               District Judge Michael J. Newman

     Defendant.

---

**ORDER: AMENDING THE CALENDAR IN THIS CASE**

---

Following the status conference in this case on May 11, 2021 at 9:30 a.m., the Court clarifies this case shall proceed as follows: all motions shall be filed by **June 28, 2021** and the trial date shall be **October 18, 2021**. With respect to the trial date, the court made an ends of justice finding in a separate order which is incorporated herein. Doc. No. 37.

**IT IS SO ORDERED.**

Date:  May 11, 2021                    s/ Michael J. Newman
                                         Hon. Michael J. Newman
                                         United States District Judge