

02/27/2023

RE: Prince Daryl Attipoe:

Judge Michael Newman,

I'm writing you, to attempt to give you a slight glimpse of how my life and my children's lives have been adversely affected by the behavior of Homeland Security, and ask you to take into consideration that there are several victims that have never been represented in court and never would be if I don't speak up for them. I hope that when considering my husband's future, you will consider the most vulnerable victims in this case, my children.

After my first experience addressing the court, I had a hard time considering writing this. I can't explain to you the disappointment I felt after submitting my pet scan, a written statement from my doctor, and my pathology reports. The court allowed the prosecutor to doubt my stage four cancer repetitively and suggest I lied about it. It was a defining moment for me to realize our justice system is not just at all. After enduring long-term harassment from James Teuschl and experiencing his lack of integrity, honesty and his inability to investigate without threatening his witnesses. I knew I would need to guard every single word I spoke on the phone with my husband. I was aware of how James twists and manipulates every word from his long-term engagements with my father, I tried to be very careful to explain to my husband that the doctor he was asking to be subpoenaed to court, would not be the right doctor. The medical statement he was referring to, was made by another doctor therefore, my oncologist would not agree with the medical statement, as she didn't make it and proved it to be wrong. That experience was so sad to me and presented a sobering reality. I woke up the next morning with so much swelling from stress, I could not move my neck and head. The swelling had congregated in my throat. The government took something I was so thankful for and made it sound criminal without even an objection. I wouldn't expect much less from a prosecutor who has a history of padding cases and lying to the court, however, I appeared expecting you, as the magistrate, would protect me.

When the prosecution required me to give my address in court it made us susceptible to further harm and harassment. Less than 2 days after appearing in court I had men watching my home, trespassing on my property, in my back yard, climbing trees to access my daughter's widow and my roof. My children saw these men in the yard, and I reported it to the authorities. This is the type of harassment my children and I have endured since James Teuschl met my husband's vindictive ex-wife and started working to dismantle every part of our lives that they could touch. Still now, James is calling my friends and making defamatory statements about my family and threatening legal actions against them if they continue to engage me. Our spiritual father was threatened with legal action for praying with Daryl on the phone. Now, he won't take my calls. The number of people in my support group that have been threatened and ultimately eliminated has been devastating to me.

If it hasn't been addressed, the last time I was told, Daryl has the longest standing custody battle in the state of Ohio. He fought to have access to his children until the youngest was 17. After so many years, the court finally acknowledged that his ex wife was guilty of contempt of court, interfering with his parenting time, and gave her 5 days jail time for the first contempt we filed. I have 35-40 more we could

file but with both children almost adults, he decided not to ask the court to impose Victoria's sentencing. Just after that James entered our lives.

I say all that to say, I know my husband is not perfect, I doubt anyone who ever steps foot a court room is but the best quality he has is the drive to be a good, present father. The two of us don't always get it right but the one thing we have always been committed to is parenting together. This experience has been the most challenging to overcome and continue to work with one another through. Despite that, I still stand firm in believing children should always have a mom and a dad and no one can ever replace that biological figure. I have a wonderful, amazing stepdad who I love dearly and have received unconditional love from when I didn't deserve it. Even with that I always desired a relationship with my biological father, in spite of his choices. I do believe statistics show children are at a disadvantage when they are being raised by a single parent household. This statistic alone, is earth shattering for a mom of 6 children.

*"The strongest predictor of whether a person will end up in prison, is that they were raised by a single parent". C.C. Harper and S.S. McLanahan, "Father Absence and Youth Incarceration", Paper presented at the Annual Meeting of the American Sociological Assoc., San Francisco, CA, 1998*

I'm certain Daryl's childhood was adversely affected by his parents never being married and the absence of his biological father. I also believe it is directly related to the events of his life overall, including his desire to be a present father. My oldest child is 12 years old and the youngest is only two. Please take this into consideration when you consider my husband's future. We have endured so much to continue to stay married. Outside of cancer and brain surgery, it has been the most challenging feat I have had in my lifetime. Every day my kids saw both parents in the same household, it produced immense joy. I was able to see the fruits of their relationships with their dad which made all the hardship worth it . The two of us, as parents, made a choice to break the generational curse of divorce and single mom led households with us. We knew the statistics that suggested if Daryl wasn't present with our kids we ran the risk of standing next to one of our own waiting judgement in a court room. I blame the system for this. Just like last year, when I asked the court to consider the well being of my kids for a season during my recovery, most kids are not considered in the decision making process of sentencing. Our Justice system takes men who have children and put them in a building where they clean, play basketball, watch tv, talk on the phone and mom is at home crying over disobedient, emotionally affected children while working hard to provide for the family.

I can say since Daryl has been absent from our home my oldest son's behavior has demonstrated anger, rage, depression at times. My youngest son's behavior has reflected similar characteristics. My oldest daughter had to become mom to my youngest child while I was recovering from my surgeries. She would get up with my baby at two and three am on school nights because I wouldn't be allowed to lift anything during recovery. She's become almost anti-social. She rarely comes out of her room. I can't seem to get her to engage girls her own age. She had a physical outburst of anger that prompted my friend's daughter to ultimately quit her job and come stay with me to be another set of eyes. I could go on with examples as every child is demonstrating character that is not common for them.

Currently Daryl tries to stay engaged by having the kids read to him over the phone. Some of them review their multiplication skills over the phone with him also. My kids have seen him one time since he left Colorado because the facility doesn't have video call capabilities. One of my

children comes to my room frequently and looks at picture books I have and states, "Oh that's how dad looks. I almost forgot." Now I can't validate he truly has forgotten, but the fact that he has spoken those statements are so terrifying for any parent.

I understand, there are times as adults, even as children, we make decisions that require discipline. I am not certain of the options for my husband in regard to his sentencing but I am asking you, from the perspective of a mother, please consider allowing him to be close, where my kids can see him frequently. Requiring Daryl to work hard, obtain a full time job and support his family would be a consideration I have found many courts don't make when sentencing. That may not look like a punishment for someone who is used to working a 9-5 but for someone who is used to the corporate world of "labor," physical work that requires time from every day at a pay rate that isn't even enough to pay the bills at home, is much more difficult and pride busting than many would realize.

Also, if I may, after speaking with several moms and wives in my shoes, I'd like to speak for all the ladies that aren't even a consideration in most cases. As you move on in your judicial career, please consider taking this with you. A fitting judgement for many of these gentlemen connected to the women I have met, would be hard work, labor, and the requirement to regularly make child support payments for their minor children. To support their household and be forced to be a man and take care of their responsibilities. It is time someone with influence sees our society needs more men who have been taught how to be a present dad, husband, provider etc. You have an opportunity to require them by law to grow up, man up and show up for their children and families. It is a change that could reroute the course of life for a child and true rehabilitation for our society as a whole.

Thank you for your time and consideration. God bless you. May he put his hands upon you and use you to reroute many lives to come.

Grateful,

Stephanie Attipoe

From: Ashton Palmi <ashtonpalmi@gmail.com>
Sent: Monday, February 27, 2023 8:44 PM
To: OHSDdb_Newman_Ch <Newman_Chambers@ohsd.uscourts.gov>
Subject: Letter on Behalf of Daryl Harrison

**EXHIBIT B**

**CAUTION - EXTERNAL:**

Dear Judge Michael Newman,

On behalf of Daryl Harrison, I am writing this letter to you petitioning leniency.

My name is Ashton Palmi and I am a part of PowerHouse of Prayer Ministries, in whom Daryl is the Pastor. When I met Pastor Daryl back in 2020 and now looking at today, I can vouch for this man of God's character. Then and now he has remained an honest, humble, meek, hardworking, love filled man of God, father, and servant. Never once have I seen, witnessed, or heard of any hate from this man. It has been a true honor to have known someone with this character.

The love of God flowing through him is nothing like I have ever witnessed before. When I first met Pastor Daryl, I instantly noticed something different, which I now see as unchanging love. I could not help but stare when I met him. I have never witnessed a love like that before. I grew up in a family that said I love you and hugged you when they went out of town, but that was the extent of love that I knew. God flowing through him stopped me in my tracks so I could get on track. For this I am beyond grateful. Pastor Daryl did not know me back then and he still hugged me as if I was his own. He loves me as if I was his own.

Pastor Daryl is not one I would describe having a neglectful heart. I know for this to be true for I have seen that he has not neglected his own wife, children, and church. No matter the battles that have surfaced, I have witnessed this to be true. He is not a runner, he stands and fights for what is right. The heart God gave him is so huge, he welcomes and loves everyone. I am not certain if Pastor Daryl knows, but I have never met my father. At the right time, God used Pastor Daryl to step in in a way to protect me and display to me what a father looks like. He has stepped in to be what I never knew I needed. Never once has he shown me that he has not loved me and has not been there for me. Even now, when I get an opportunity to speak with him, he is focused on me and my wellbeing. This man of God has a servant heart and is not self seeking.

Every morning, he woke up to cook for his children. Not to pour cereal, but to cook, make eggs and pancakes, etc. He even spent the morning juicing for his family! All that he does is out of a labor of love. Even though he is apart from his family at this time, no amount of distance has prevented him from doing everything in his power to be the best father he can be and take care of what he is responsible for. I have never met anyone with the overflowing integrity, attentiveness, and diligent work ethic that is upon all that he puts his hands to.

We are trusting that God will do a miracle here. A miracle to bring Pastor Daryl home to his church, his wife that misses him dearly, to his children that are still wearing his socks and planning the movies they want to watch with dad when he gets home. This family has been through so much. Ongoing detailed death threats to having to be aware of their surroundings if people are following them. This is not a life I wish for them to keep on living. There are many that are threatened by Pastor Daryl. Many that are against him, what he looks like, and what he stands for. He stands for truth, justice, and God's will. Those that speak against him are those that are ruffled and intimidated by his right standing character and the truth that has come out his lips. While there may be a list of those that are plotting, scheming, setting up, and lying on Pastor Daryl, something I can guarantee he is doing is praying for his enemies.

I want to sincerely thank you for taking the time to read this letter. I hope you and your family remain blessed.

Blessings,
Ashton Palmi

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.



5 March 2023

Honorable Judge Michael Newman,

I am writing to you on behalf of the defendant, Daryl Robert Harrison, and asking for leniency.

I met Pastor Daryl in the fall of 2020 at BHF church. He began frequenting our nightly prayer meetings. It was a rather intimate group of people that had coffee together before we would head home and we were able to get to know each other quickly. These multiple nights a week led to Sunday evening church, sometimes Sunday morning, full weekend revival services, countless pot lucks, birthday parties, graduation parties and even a wedding he officiated for one of our few congregants.

As a youth, had I not changed those I associated with, I would be where they are today. That is addicted to drugs, with a criminal record and in some cases no longer alive. I am establishing that I have been disciplined countless times in my past. Thankfully, not often by law enforcement, but frequently by my parents. I see Pastor Daryl as a disciplinarian in my life.

When I first met Pastor Daryl, I knew there was something different about him. By his stature, being about twice my size, I would've thought I'd feel intimidated by him. He carries a sense of authority but there is a softness to it. He has confidence in who he is but there is never intimidation. That made me feel comfortable to confide in him even when I know I've done something wrong. I sought him for guidance. He didn't make me feel shameful for doing so.

To contrast this, I grew up in what would be labeled a loving, middle class, Christian home. Through my 43 years, whether in daily life, being consoled after a loss or while being disciplined, I have never felt the love from my family that I have felt from Pastor Daryl. There is a firmness that comes from him. That firmness is rooted in truth. It is over justice and things being right. That "right" is pointed out in contrast to what I am doing wrong. It's not a condemnation, it is in a loving correction that will lead me through reconciliation and away from destruction. I cannot fully describe to any human being how his love feels different from anyone else that I have encountered. There is a capacity to love that is beyond comprehension. It's at the core of his being. It's pure. It's genuine. He couldn't change it if he tried.

Why does this matter? Because he doesn't change. I saw him interacting with leadership from a small church in some sort of meeting. His demeanor did not waver from what I could see. I was not privy to some of the details of this meeting and other encounters until months later. I would label this an attack. I cannot give you solid evidence on what I believed to be accusations and slander. What I can tell you as all of them proved to not be who they portrayed themselves to be. They actually caused significant harm to my daughter and I. There was mind boggling manipulation and he stood against it. He stood in the gap for us, quite literally. In the face of that defamation, he loved them. He did not stoop to the level that others did. His character did not change.

I have heard stories of him as I sit in communion with others that have known him much longer. They all emulate the same man. They are not shared for any reason other than the conversation leads to candid memories. There is no ulterior motive and nothing to gain. These stories, or memories, are not all wonderful. There were trials and hardships over countless years. His character still did not change. In the many things I have heard, there was nothing that startled me or brought a new revelation about a side of him I did not know. It is all consistent with the man I know.

I witnessed Pastor Daryl, surrounded by his children, watching the 4th of July fireworks display. He was giggling like a little school girl. His excitement far surpassed every child in the place, including his own. That is the pure joy that bubbles out from the inside of him. I have never seen anyone else do that.

Throughout this last year or so that he has been away, he still has not changed. He is still available to me, and others, for guidance and loves on us despite where he is. He continues to lead us, teach us and pray for us. He puts us ahead of himself. He never complains. He continues to have that joy emulate out of him regardless of his circumstance or how he may be feeling. That is because that is who he is and he changeth not. That is a true man of God.

Pastor Daryl is our shepherd. He is the governor of our flock. He loves us unconditionally and is still responsible for our well being regardless of his proximity. We need him to continue to guide us, to point us toward the truth. He corrects us and calls us out with a fatherly truth that is rare today. It's not his truth, it's God's truth. It is to love the widow, the orphan and the stranger. We need him to set us straight for our good. To stand against the injustices of the world and to do so with love. This is for us adults but he is also a strong proponent for family.

I know that he is a firm advocate that men need to step up and take their God ordained position in the family. Many will twist that and say it is domination but he is the man that is to lead and to protect. He is to carry the weight. The order of the home puts him at the head to rear up the children in the way in which they should go. When the father is not present, the children suffer. He has 6 beautiful children at home that need to be raised and disciplined with their father present. Discipline is love.

Thank you for taking the time to read more about the man God has given you the opportunity to redeem.


Grateful,


Carrie Ann Palmi
720-557-6472
carrie2chic@yahoo.com



To: Honorable Judge Michael J. Newman & Walter H. Rice

Re: Daryl R. Harrison

I am George Wright the uncle to Daryl R. Harrison. It is with great honor that I write to the both of you asking that Daryl be released from imprisonment immediately. Daryl R. Harrison is first a true man of God, family man, father, husband, community leader and man of valor. Although the charges set before him come with great responsibility and consideration. The gifts imparted upon this young man's life is best served in the community being a better example of light, hope and healing. Magistrate Michael J. Newman February 26, 2020, President Trump announced his intent to nominate you to a seat on the United States District Court for the Southern District of Ohio. Magistrate Walter H. Rice President Jimmy Carter nominated you to the United States District Court for the Southern District of Ohio on April 14, 1980. On December 13, 2018, President Donald Trump signed legislation naming the Federal building in Dayton the Walter H. Rice Federal Building and United States Courthouse. These great men didn't make those assignments due to routine status quo objectives. There was a greater call to mankind that they both understood regarding the both of you. They knew that you are visionaries and through any storm you would see your way. That you wouldn't allow your position to be influenced by mass appeal as in this case. We ask that you use that very vision to see the good that has been placed on this young man's life. Daryl R. Harrison does not belong in prison nor is that the assignment placed on this young man's life. We ask that you look beyond the storm of events against him and see that very vision of good and purpose!

God Bless!

Kindest Regards,

George Wright





Judge Michael J. Newman
Walter H. Rice Federal Building
Court House Room 505
200 West Second Street
Dayton, Ohio 45402

Dear Honorable Newman,

Re: Daryl R. Harrison Upcoming Sentencing

It is with deep compassion that I write you on behalf of Daryl R. Harrison, a young man that I have known and admired since 2016. I've attended *many* of his Christian Sunday night services held in a very small church located at 5001 Genesee Avenue in Dayton.

I am 75-years-old and my lifetime volunteer advocacy among the disadvantaged has taken me places that my husband claims, "Barbara goes where angels fear to tread."

I met him through our family friend, Katrina and her six-year-old son lived in nearby low-income housing located in Caliph Court, 5028 Queens Avenue. I visited them often because Shem is like a grandson to me. He is now 15.

The first time I attended Prophet Daryl's church service, it was extremely hot that summer night because of no A.C. The church pews held a handful of neighborhood people who were extremely poor. His services were held there to reach the down and out from this rundown area.

What struck me was the passion in which he preached, even though there might only be 10 or 11 people in this impoverished congregation. It's hard to comprehend how he could have received even a nickel from these very poverty-stricken saints.

Preacher Daryl had an incredible anointing to minister the Word of God from scriptures, which created a strong atmosphere for the prophetic to move in Words of Knowledge and other significant signs that accompany the Holy Spirit in action.

Later, as I got to know more about Prophet/Evangelist/Preacher Daryl, I learned that he and his evangelistic team went downtown Dayton every Friday night to street witness among those addicted to drugs and alcohol, sharing the love of Jesus. He certainly wasn't parading around calling himself a prince!

He prophesied over me a few times and *everything* he predicted under the power of the Holy Spirit has come true in my life! I am a witness to the validity of his prophetic calling from the Lord.

When he learned that I was an author, he was delighted to connect with me for the possibility of ghost writing his life changing testimony. In his tiny office, (the size of a broom closet) he shared his amazing story as I stood in the doorway listening.

He told me that (a few years before) one Sunday morning, he heard the Holy Spirit direct him to a church he'd never attended before. To his surprise, the guest speaker was a West African from Ghana. Prophet Daryl was seated on a backrow pew, yet, the anointed minister spotted him and called out a prophetic word. He told Prophet Daryl that he had blood relatives in Ghana and he mentioned gold mining opportunities awaiting him, which was something he was considering for a business opportunity to raise money for his ministry. Naturally this prophet had his attention.

So, he traveled to Ghana with this man of God and discovered bloodline brothers, who were part of a royal tribe, lineage they traced to him. He returned home a newly crowned prince. He chuckled about it, but did not go around puffed up or acting like a royal Chieftain from an African tribe. The press has made him sound like a charlatan using a bogus title as a way to swindle and deceive.

I met his wife and six children and I know that he was a hard-working and sincere minister of the Gospel.

My husband, Daryl Sanders, played for the NFL as a number one draft pick

2

offensive tackle from OSU. He played in a Championship game under Coach Woody Hayes in the mid-sixties.

We moved from Centerville to Connecticut to buy a Cadillac dealership in Bridgeport. Our son was born there. The dealer changed his mind. In 1976, we moved to Columbus to open Daryl Sanders Cadillac Agency on Sawmill Road in Dublin. It's changed hands many times since we sold it in 1978.

In 1985, we pioneered Zion Christian Fellowship in Powell, and it's still going strong under dedicated leadership. My husband and I hosted Coretta Scott King on the 25th anniversary of Dr. Martin Luther King, Jr.'s tragic death.

We served on the 1993 Greater Columbus Billy Graham Crusade executive and administrative committees. I was co-chair of the women's committee working with 4,000 leaders from the 1,000 churches involved throughout Ohio.

I also served on the board of Teen Challenge for Girls in Westerville for about ten years.

My memoir, "Holy Spirit: For Real" is coming out soon with Trinity Broadcast Network, a global Christian TV outreach seen all over the world. I've written two novels and recently launched "Wise Women Council" a 501c3 non-profit inspired by Senator Ray Miller. This journey of mine is filled with amazing testimonies of miracles.

The entity of my foundation is to raise funding for faith-based programs and agencies that help the poor and disadvantaged to end homelessness, domestic violence and drug-related crimes.

I purchased a home in Zanesville for Katrina and her son Shem about two years ago. Through many visits, I am now involved in philanthropic help to develop the Muskingum Riverfront development plans by architect Craig Gossman.

My novel, "HIDDEN" is a historic novel centered around historic Putnam and their involvement in hiding slaves and promoting the first Ohio anti-slavery movement in 1834. I have attached the cover. This historic fiction set in 1851 before the Civil War will be out in 2023.

3

Regarding "misuse of funds and mail fraud," I highly doubt if it was an intentional scheme on his part. Knowing the strict rules of a non-profit 501c3 and how money spent, even for the purposes of ministry, might have entangled the decision-making process on his part. Or, perhaps the temptation in handling that much money was a snare of the devil to get this true man of God off track. He is not evil or devious. I was probably the most influential person ever attending that tiny church, but he never once asked me to invest in his gold mining developments.

I pray you will go easy on this young man. He proved to me that his calling is real and true and honorable. I have been a Christian for over fifty-years. I respect the office of Apostle, Prophet, Evangelist, Pastor and Teacher. A solid church of Christ must be built on these foundation pillars!

Thank you for hearing my heart. I only just learned about this tragedy a few days ago when trying to re-connect with Prophet/Evangelist/Preacher/Teacher Daryl on Face Book. I am sincerely sorry he got caught up in something that will end with prison time that will ruin his life, never seeing his dear children grow up and ending his ministry that has previously set the captives free through salvation and deliverance in our Lord Jesus Christ.

Happy Thanksgiving to you and your family. I am very grateful for all the Lord has done in my life. God is good.

Sincerely,

*Barbara Sanders*
Barbara Taylor Sanders, B.A.
Author/Advocate/Artist


1624 Emerald Cove Drive
Cape Coral, FL 33991
614-306-3637

4







*Portrait by George Romney, England 1776*

# My English-Irish-Native Indian Christian Heritage

*Joseph Brant, Indian name Thayendanegea, born 1742 in North East Ohio on the banks of the Muskingum River—died November 24, 1807 near Brantford, Ontario, Canada, Mohawk Indian chief who served not only as spokesman for his people, but also as a Christian missionary and a British military officer during the American Revolution (1775-83)*

*Brant was converted to the Anglican church after two years (1761-63) at Moor's Charity School for Indians in Lebanon, Connecticut, where he learned English and became acquainted with Western history and literature. He left school to become an interpreter for an Anglican missionary and later aided in translating the prayer book and the Gospel of Mark into Mohawk (1887).*

*In 1710, Queen Anne of England gifted the Mohawks a Bible, a prayer book and a silver communion service as a token of friendship. After the American Revolution, Brant unburied these hidden cherished gifts to build a new church called St. Paul's, Her Majesty's Royal Chapel, located in today's Brantford, Ontario. The items are still there and safely kept.*



**G**randmother Elsie (Brant) Lambert, great grandmother Lydia Margaret (Powless) Brant, (holding me) and my mother, Shirley Ann (Lambert) Taylor, circa 1948

My maternal roots trace back to the Mohawks born in the Tyendinaga Mohawk Territory, the main First Nation reserve of the Mohawks of the Bay of Quinte First Nation, Ontario.

When my great, great grandparents migrated from Oshawa to Detroit (my birth place), Douglas and Eliza Powless agreed that in moving away from tribal land into the dominant economic world, they would have to forego their cultural practices.

As a symbol and practice of that decision, they buried the regalia that Douglas possessed under a tree at their Oshawa home. They embraced Christianity. Their daughter, my great grandmother, Lydia Margaret, was a devout Christian who married Joseph Markus Brant, an architect. My grandma Brant made sure my parents dedicated me to the Lord in a baby christening ceremony at her Methodist church in Melvindale, Michigan.



*Miss Barbara Taylor age 23*

Sanders
1624 Emerald Cove Dr.
Cape Coral, FL 33991

Judge Michael J. Newman
Walter H. Rice Federal Building
Court House Room 505
200 West Second Street
Dayton, Ohio 45402

**Chris Deal**



EXHIBIT F

| | |
|---|---|
| From: | steve mozland <stevemozland@gmail.com> |
| Sent: | Friday, March 10, 2023 10:48 AM |
| To: | Chris Deal |
| Subject: | Fwd: PLEADING |

---------- Forwarded message ---------
From: **steve mozland** <stevemozland@gmail.com>
Date: Sun, 05 Mar 2023, 20:12
Subject: PLEADING
To: <newman_chambers@ohsd.uscourts.gov>

To whom it may concern.

Greetings in the name of Jesus. It is with great honour to write this letter.

We are Power House of Prayer PHOP in Johannesburg South Africa, under the covering of Apostle Daryl Attipoe and Mama Stephanie Attipoe in Colorado.

We have been under their covering since 2018 till date, God has be faithful to us by using them to serve us, from them we are feed spiritually and physically.

Apostle Daryl has been our faithful father and leader that in all he does is to apply the ways of God at all times to teach us,he is the kind of person that do no compromise the the truth of the word of God.

As the church we walk under these values and leadership invested in him. Truth, honesty, integrity, word of God and faithfulness are his principles and values that he breath,eats and drinks daily.

Since he was arrested in 2021, he never stopped his work in Christ Jesus, till date he still teaches us to implement those values in our daily lives,his life in Christ is not shaken or moved by any challenges he faces in life, just exactly like Apostle Paul in the Bible.

Spiritually he still feed us,but only now physically we are suffering,more specially children some no longer goes to school because there's no more income that can cover up their fees, since he has been arrested, it's very difficult for us here because he is our destiny helper, God assigned him to do it for us, but the devil is the lie, always comes to destroy, steal and kill.

Please we ask in the name of Jesus Christ to free our father,we need him,many are suffering including us.

Thank you.

Yours sincerely.
Charles steve mozland and Tendai